In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13056

_____

ANDRE SAINT-CYR,

Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:20-cv-61184-WPD

_____

_____

2                         Order of the Court                    24-13056

No. 24-13058

_____

ANDRE SAINT-CYR,

Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:16-cv-61639-WPD

_____

_____

No. 24-13060

_____

ANDRE SAINT-CYR,

Petitioner-Appellant,

*versus*

24-13056                  Order of the Court                  3

UNITED STATES OF AMERICA,

Respondent-Appellee.

————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:18-cv-62196-WPD

————————————

Before NEWSOM, BRANCH, and ABUDU, Circuit Judges.

BY THE COURT:

Andre Saint-Cyr appeals from the district court's denials of his fourth motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 and his related motion for reconsideration. The government filed a motion to dismiss these consolidated appeals for lack of jurisdiction because neither the district court nor this Court has issued a certificate of appealability ("COA").

The government's motion is misplaced because there is a pending request before us for a COA. At the time the government filed its motion, Saint-Cyr's notice of appeal constituted a request for a COA. *See* Fed. R. App. P. 22(b)(2); 11th Cir. R. 22-1(b). And Saint-Cyr now has filed an application for a COA.

4                         Order of the Court                    24-13056

Accordingly, the government's motion is DENIED. These appeals will proceed for a determination of whether to issue a COA.